David P. Fuad (*pro hac vice forthcoming*)
dfuad@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendant Roblox Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| B.M.D., a minor, by his next friend and parent BRANDON JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50.<br><br>Defendants. | Case No. 2:25-cv-01820-RFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AND TO STAGGER BRIEFING FOR DEFENDANTS' ANTICIPATED MOTIONS IN RESPONSE TO THE COMPLAINT**<br><br>**(First Request)** |

36033696.1

1  The parties stipulate and respectfully request that the Court enter an order regarding the briefing schedule on Defendants Roblox Corporation's ("Roblox"), Microsoft Corporation's ("Microsoft"), Mojang AB's ("Mojang"), and Epic Games, Inc.'s ("Epic"), (collectively, "Defendants") anticipated motions in response to the Complaint.

1. On September 26, 2025, Plaintiff filed the Complaint.

2. On October 7, 2025, Plaintiff asked that Epic waive service, which Epic accepted, making its deadline to respond to the Complaint December 8, 2025.

3. On October 7, 2025, Plaintiff asked that Roblox waive service, which Roblox accepted, making its deadline to respond to the Complaint December 8, 2025.

4. On October 7, Plaintiff asked that Microsoft and Mojang waive service, which Microsoft and Mojang accepted, making their deadline to respond to the Complaint December 8, 2025.

5. The parties agree and respectfully submit that there is good cause to continue Defendants' deadlines to move, answer, or otherwise respond to the Complaint and to move under Nev. Rev. Stat. Ann. § 41.650 *et seq.* to March 13, 2026.

6. Among other responsive motions, each Defendant intends to file a Motion to Compel Arbitration. Epic also intends to file a Motion to Dismiss for Lack of Personal Jurisdiction.

7. The parties additionally agree and respectfully submit that it would promote efficiency and judicial economy to stagger the foregoing briefing, such that Epic's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Compel Arbitration, Roblox's Motion to Compel Arbitration, and Microsoft and Mojang's Motion to Compel Arbitration are resolved before briefing on Defendants' other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and any motions pursuant to Nev. Rev. Stat. Ann. § 41.650 *et seq.*

8. The parties likewise agree that, by briefing the Motions to Compel Arbitration and Motions to Dismiss for Lack of Personal Jurisdiction first, Defendants do not waive any other defenses available under Rule 12(b) of the Federal Rules of Civil Procedure or otherwise.

36033696.1

WHEREFORE, the parties stipulate and respectfully request that this Court enter an order (1) continuing Defendants' deadlines to move, answer, or otherwise respond to the Complaint to March 13, 2026 and (2) permitting Defendants to defer filing any other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and Nev. Rev. Stat. Ann. § 41.650 *et seq.*, until 60 days after the last of any order from this Court on Roblox, Microsoft, Mojang, and Epic's forthcoming Motions to Compel Arbitration and Epic's forthcoming Motion to Dismiss for Lack of Personal Jurisdiction.

| **Filing Date** | **Motion** |
|---|---|
| March 13, 2026 | Roblox, Microsoft, Mojang, and Epic's Motions to Compel Arbitration<br><br>Epic's Motion to Dismiss for Lack of Personal Jurisdiction |
| 60 days after the last of any order on Roblox, Microsoft, Mojang, and Epic's Motions to Compel Arbitration and Epic's Motion to Dismiss for Lack of Personal Jurisdiction | Roblox, Microsoft, Mojang, and Epic's other responsive motions |

**IT IS SO STIPULATED.**

Dated:  November 12, 2025           Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Gregory A. Brower*
Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614

ORRICK HERRINGTON & SUTCLIFFE LLP

David P. Fuad (*pro hac vice forthcoming*)
355 S. Grand Ave., Suite 2700
Los Angeles, California 90071

*Attorneys for Defendant Roblox Corporation*

36033696.1

PETERSON BAKER LLP

By: /s/ *Tamara Beatty Peterson*

Tamara Beatty Peterson (Nevada Bar No. 5218)
701 S. 7th St.
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002
tpeterson@petersonbaker.com

HUESTON HENNIGAN LLP

Moez Kaba (will comply with LR IA 11-2 within 14 days)
Allison Libeu (will comply with LR IA 11-2 within 14 days)
Padraic Foran (will comply with LR IA 11-2 within 14 days)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
mkaba@hueston.com
alibeu@hueston.com
pforan@hueston.com

*Attorneys for Defendant Epic Games, Inc.*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Adam S. Sieff*

Adam S. Sieff, (*pro hac vice forthcoming*)
Haley B. Zoffer, *pro hac vice forthcoming*)
350 S. Grand Ave., 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-8618
Facsimile: (213) 633-6899

*Attorneys for Defendants Microsoft Corporation and Mojang AB*

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

By: */s/ Chelsie Warner*

Chelsie Warner, Esq. (Nevada Bar No. 11734)
Jennifer Hoekstra, Esq. (*pro hac vice forthcoming*)
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Email: vgalitigation@awkolaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 13, 2025

36033696.1