**AYLSTOCK, WITKIN, KREIS,**
**& OVERHOLTZ, PLLC**
Chelsie Warner, Esq. (Nevada Bar No. 11734)
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Email: vgalitigation@awkolaw.com

*Attorney for Plaintiff B.M.D. et al.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| B.M.D., a minor, by his next friend and parent BRANDON JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,<br><br>Defendants. | Case No.: 2:25-cv-01820-RFB-EJY<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MICROSOFT CORPORATION AND MOJANG AB'S MOTION TO COMPEL ARBITRATION**<br><br>**(Second Request)** |

- 2 -

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Time is GRANTED. Plaintiff's Response to Defendants' Motion to Compel Arbitration and Stay Litigation or, Alternatively, to Dismiss Based on Forum Non-Conveniens shall be filed on or before March 30, 2026. Defendants' reply, if any, shall be filed within forty-five (45) days after service of Plaintiff's Response.

DATED: December 15, 2025.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE