David P. Fuad (*pro hac vice*)
dfuad@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendant Roblox Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| B.M.D., a minor, by his next friend and parent BRANDON JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50.<br><br>Defendants. | Case No.  2:25-cv-01820-RFB-EJY<br><br>**JOINT STIPULATION AND [*PROPOSED*] ORDER TO EXTEND DEADLINE FOR FILING OF DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

37007405.1

Defendants Roblox Corporation ("Roblox"), Microsoft Corporation ("Microsoft"), Mojang AB ("Mojang"), and Epic Games, Inc. ("Epic") on the one hand, and Plaintiff B.M.D., a minor, by his next friend and parent Brandon Johnson ("Plaintiff") on the other hand (collectively, the "Parties), by and through their respective undersigned attorneys of record, hereby stipulate and agree to extend the deadline to file a discovery plan and scheduling order in this case. The current deadline is December 26, 2025. This is the second request for an extension of time concerning this deadline.

1. On September 26, 2025, Plaintiff filed the Complaint.

2. On November 13, 2025, the Court granted the Parties' Stipulation (1) continuing Defendants' deadlines to move, answer, or otherwise respond to the Complaint to March 13, 2026 and (2) permitting Defendants to defer filing any other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and Nev. Rev. Stat. Ann. § 41.650 *et seq.*, until 60 days after the last of any order from this Court on Roblox, Microsoft, Mojang, and Epic's forthcoming Motions to Compel Arbitration and Epic's forthcoming Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. No. 16].

3. On December 2, 2025, Microsoft and Mojang filed a Motion to Compel Arbitration [Dkt. No. 33].

4. On December 12, 2025, Plaintiff filed an Unopposed Motion for an Extension of Time to Respond to Microsoft and Mojang's Motion to Compel Arbitration to March 30, 2026 [Dkt. No. 41], which the Court granted on December 15, 2025 [Dkt No. 42].

5. Epic's and Roblox's response deadline remains March 13, 2026 per the Parties' Stipulation [Dkt. No. 16].

6. Under Local Rule 26-1(a), the Parties are required to meet and confer and submit a stipulated discovery plan and scheduling order by January 15, 2026.

7. Due to the intervening holidays and because Roblox and Epic are not required to respond to the Complaint until March 13, 2026, the Parties believe that extending the deadline to file a discovery plan and scheduling order will promote efficiency and conserve resources.

37007405.1

8.      Nothing in this stipulation shall constitute a waiver of Defendants' rights to file a motion to stay discovery. Nor shall this stipulation constitute a waiver of Plaintiff's rights to oppose any stay of discovery sought by Defendants.

9.      Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

WHEREFORE, the Parties stipulate and respectfully request that this Court enter an order continuing the Parties' deadline to file a discovery plan and proposed scheduling order to February 16, 2026.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 30, 2025

Dated:  December 29, 2025        Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Gregory A. Brower*

David P. Fuad (*pro hac vice*)
355 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway
Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: (702) 464-7026

*Attorneys for Defendant Roblox Corporation*

- 3 -

37007405.1

HUESTON HENNIGAN LLP

Moez Kaba (*pro hac vice*)
Allison Libeu (*pro hac vice*)
Padraic Foran (*pro hac vice*)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone:  (213) 788-4340
Facsimile:  (888) 775-0898

Adam Minchew (*pro hac vice*)
1 Little W. 12th St., Floor 2
New York, New York 10014
Telephone:  (646) 930-4046

PETERSON BAKER LLP

By:  */s/ Tamara Beatty Peterson*

Tamara Beatty Peterson (Nevada Bar No. 5218)
701 S. 7th Street
Las Vegas, Nevada 89101
Telephone:  (702) 786-1001
Facsimile:  (702) 786-1002
tpeterson@petersonbaker.com

*Attorneys for Defendant Epic Games, Inc.*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Adam S. Sieff*

Adam S. Sieff, (*pro hac vice forthcoming*)
Haley B. Zoffer, *pro hac vice forthcoming*)
350 S. Grand Ave., 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-8618
Facsimile: (213) 633-6899

*Attorneys for Defendants Microsoft Corporation and Mojang AB*

- 4 -

37007405.1

Case 2:25-cv-01820-RFB-EJY    Document 46    Filed 12/30/25    Page 5 of 5

| | |
|---|---|
| 1 | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| 2 | |
| 3 | By: */s/ Chelsie Warner* |
| 4 | Chelsie Warner, Esq. (Nevada Bar No. 11734) |
| 5 | Jennifer Hoekstra, Esq. (*pro hac vice forthcoming*) AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| 6 | 17 East Main Street, Suite 200 |
| 7 | Pensacola, Florida 32502 Tel: (850) 202-1010 |
| 8 | Fax: (850) 916-7449 Email: vgalitigation@awkolaw.com |
| 9 | |
| 10 | *Attorneys for Plaintiff* |

- 5 -

37007405.1